# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: THOMAS ANDERSON & LIZETT ANDERSON  Case Number: 04-73757
1110 EAST LINCOLN HIGHWAY   SSN-xxx-xx-8717 & xxx-xx-1526
DEKALB, IL  60115

Case filed on: 7/26/2004
Plan Confirmed on: 10/29/2004

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $28,992.00      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | SCHMACK & PETRUCHIUS | 2,400.00 | 2,400.00 | 2,400.00 | 0.00 |
|  | Total Legal | 2,400.00 | 2,400.00 | 2,400.00 | 0.00 |
| 005 | CREDITORS INTERCHANGE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | ECAST SETTLEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | EQUIFAX | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | EXPERIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | TRANSUNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | FREEDMAN, ANSELMO, LINDBERG & RAPPE | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | THOMAS ANDERSON | 0.00 | 0.00 | 327.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 327.00 | 0.00 |
| 001 | FORD MOTOR CREDIT | 985.00 | 985.00 | 985.00 | 0.00 |
| 002 | MIDLAND MORTGAGE COMPANY | 19,479.79 | 19,479.79 | 19,479.79 | 0.00 |
|  | Total Secured | 20,464.79 | 20,464.79 | 20,464.79 | 0.00 |
| 001 | FORD MOTOR CREDIT | 3,866.99 | 3,866.99 | 1,278.23 | 0.00 |
| 003 | C.B. ACCOUNTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | CHARLES E. FIERZ | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | DISCOVER FINANCIAL SERVICES | 1,645.00 | 1,645.00 | 543.75 | 0.00 |
| 010 | HOUSEHOLD CREDIT SERVICES | 1,398.09 | 1,398.09 | 462.13 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 281.00 | 281.00 | 92.88 | 0.00 |
| 012 | KISHWAUKEE COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | NATIONAL CITY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ILLINOIS STUDENT ASSISTANCE COMM | 4,683.40 | 4,683.40 | 1,548.08 | 0.00 |
|  | Total Unsecured | 11,874.48 | 11,874.48 | 3,925.07 | 0.00 |
|  | Grand Total: | 34,739.27 | 34,739.27 | 27,116.86 | 0.00 |

Total Paid Claimant:     $27,116.86
Trustee Allowance:       $1,875.14         Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:      33.05         discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 01/29/2008           By  /s/Heather M. Fagan